Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of FLORIDA

MIAMI Division

TREVOR MARYUEN
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

MIAMI-DADE WATER & SEWER DEPT
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [ ] Yes [ ] No

FILED BY _____ D.C.
JAN 29 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# Complaint

22110 SW 122 Ave

Miami, FL 33170

March 18, 2018

Director of Water & Sewer

Kevin Lynskey

I Trevor Maryuen believe my termination of employment in the attached letter was discriminatory and states as follows:

1.     I have been employed with the Miami-Dade County Water & Sewer Department a Semi-Skilled laborer for 10 ½ months at Black Point TV & Grout.

2.     My termination of employment was not in accordance with Chapter lll, Section 11 of the Personnel Rules for the Classified Service of Miami-Dade County, which states, "At any time prior to the expiration of the probationary period, the department head or their subordinate may remove or demote the employee from the position."

3.     I believe that my termination was due to discrimination because of his race: "Black", Color: "Black", National Origin: "Trinidadian". I also believe I was retaliated against for complaints to my supervisor's supervisor. Robert Mc. Ewin. (Senior Supervisor)

1

4.      I felt threatened by Ray's intimidating remarks towards me about him being in jail.

On January 12, 2018. Ray said to me in front of other co-workers that he did not teach me shit and laughing about it.

6. Billy Broughton (Tech One) used disrespectful remarks towards me, calling and referring to me as Boy. He told me he is a redneck.

6.      On the January 8, 2018, I also felt threatened Mr. Bismark Osbando's (Operator) brutish behavior towards me: Mr. Osbando stated "I have a military background and I don't give a fuck.

7. In December 2017, I responded an emergency phone call from my daughter's school. The next day I was verbally warned for answering the call although .I explained the nature of the call.

8.      Mr. Osbando have exposed me to danger by having me work in lightning and thunderstorm. Also, at S.W. 107 Avenue and 72 Street Mr. Osbando instructed me to open manholes at this busy intersection without safety cones. When I complained about my safety, Mr. Bismark Osbando insisted that I finish the job, and further reported me to Carlos Conde and Billy Broughton

9. On January 8th, 2018, I met with Robert Mc Ewln to complain of the discrimination I was exposed to.  I informed Robert Mc Ewln about the constant

2

bullying by Mr. Bismark Osbando who said, that he will end my probation because he (Mr. Osbando) must sign the approval letter for work performance to pass my probation.

10.   On October 12, 2017, I had an on-the-job injury. The Steele wire from the winch that goes through sewer went through my right index finger. I sent a picture of the injury to Johnathan and requested medical attention. When I got back to the yard, I met with Johnathan and Robert Mc Ewen. They both informed me that if I file a worker's comp claim I would be on sick/injury leave for at least two weeks which might violate my probation, so you could handle this one or two ways, go Workman's Comp. and file a claim, or say that the injury was personal. Johnathan stated a manhole cover once fell on his foot and he did not file a worker's comp claim because he wanted to pass his probation and Robert Mc. Ewin brag about never being on Workers Comp. with the threat of not passing my probation, influenced by my unethical superiors I did not file a worker's comp claim. I do have medical reports.

## Conclusion

I believe that my termination was discrimination because of my race: "Black", Color: "Black", National Origin: "Trinidadian". The department used Chapter lll, Section 11, of the Personnel Rules for the Classified Service of Miami-Dade County, as pretext for discrimination to terminate my employment. Therefore, I

Trevor Maryuen respectfully appeal to you The Director, to reverse this decision by the department head, and that I am reinstated and have my probation completed.

Respectfully,

*T. Maryuen*

TREVOR MARYUEN

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CHARGE NO.: 510-2018-05110

| | |
|---|---|
| TREVOR MARYUEN, )<br>)<br>Charging Party, )<br>)<br>v. )<br>)<br>)<br>)<br>MIAMI-DADE COUNTY WATER & )<br>SEWER DEPT., )<br>)<br>Respondent. )<br>) | DECLARATION OF<br>Michael J. Farrell<br>District Director<br>Records Custodian |

Michael J Farrell, being first duly sworn on his oath, deposes and says the following:

1. I, Michael J. Farrell, am the District Director of the Miami District Office of the U.S. Equal Employment Opportunity Commission ("EEOC", or the "Commission"). I also serve as the Records Custodian for the EEOC's Miami District Office.

2. I make this declaration on the basis of my own personal knowledge and a review of the EEOC's original file maintained in the matter of *Trevor Maryuen v. Miami-Dade County Water & Sewer Dept., EEOC Charge No: 510-2018-05110*.

3. I hereby certify that the attached two-page document, identified as "Tab A", is a true and accurate copy of the same document contained in the EEOC's file maintained in the matter or *Trevor Maryuen v. Miami-Dade County Water & Sewer Dept., EEOC Charge No: 510-2018-05110*. EEOC's file in this matter was created and maintained in the ordinary course of EEOC's business.

4. The attached two-page document, identified as "Tab A", is a true and accurate copy of an EEOC Dismissal and Notice of Right to Sue issued by the EEOC with respect to the

above-referenced Charge. The EEOC Dismissal and Notice of Right to Sue is signed by me as the Miami District Office Director and dated May 14, 2019.

5. The attached two-page document identified as "Tab A" is a true and accurate copy of the document obtained, prepared, compiled and/or kept in the course of regularly conducted Commission business activity, it being the regular practice of the Miami District Office of the EEOC to make, compile and keep such records.

6. I hereby certify that the attached two-page document, identified as "Tab A", was inadvertently sent by EEOC via United States Postal Service ("USPS") certified mail to the Respondent, instead of to the Charging Party. The Certified Mail Tracking Number for that mailing was 7018 1130 0001 5551 8110. The EEOC Miami District's Notices of Right to Sue are regularly sent via Certified Mail to the Charging Parties, not Respondents, as Charging Parties are given 90 days from the date of *receipt* of the Notice of Right to Sue to file an action in court if they so choose. The purpose of sending the EEOC Notice of Right to Sue to the Charging Parties via Certified Mail is to be able to track the date of receipt.

7. After sending the document attached hereto as "Tab A", EEOC's Miami District Office received several communications from the Charging Party, Trevor Maryuen, asserting that he had never received the Dismissal and Notice or Right to Sue in the above-styled EEOC Charge.

8. Upon review, and a diligent search of the USPS Online Tracking system for certified Mail, I have determined that EEOC's records support Charging Party's contention that EEOC never mailed him the Dismissal and Notice or Right to Sue in the above-referenced matter. The USPS Tracking system shows that the EEOC Dismissal and Notice of Right to Sue

2

at issue was never delivered to the Charging Party, but instead was delivered to an address within the Respondent's zip code, not the Charging Party's.

9. Given these facts, EEOC's Miami District Office is sending the EEOC Dismissal and Notice of Right to Sue for the above-styled charge, via Certified U.S. Mail to the Charging Party and re-sending the Dismissal and Notice of Rights to the Respondent via regular U.S. Mail. Both will be sent together with this Declaration. Specifically, EEOC is sending the Dismissal and Notice of Right to Sue via U.S. Certified Mail to Charging Party, Trevor Maryuen, at 22110 SW 122nd Ave., Miami, FL 33170 with a copy sent via regular U.S. Mail to William X. Candela, Assistant County Attorney, Miami-Dade County, Florida, Stephen P. Clark Center – Suite 2810, 111 NW 1st Court, Miami, FL 33128.

10. As stated on page 1 of "Tab A", Charging Party's lawsuit, should he choose to file one, "must be filed in a federal or state court **WITHIN 90 DAYS** of your [Charging Party's] receipt of this notice." (emphasis in original).

I declare under penalty of perjury that the foregoing is true and correct.

10/29/19
Date

Michael J. Farrell
District Director and Records Custodian
U.S. EEOC Miami District Office

f (11/16)

## U. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| revor Maryuen<br>2110 Sw 122nd Ave.<br>Miami, FL 33170 | From: Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2018-05110 | Katherine E. Gonzalez,<br>Investigator | (305) 808-1766 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

MAY 14 2019

Enclosures(s)

**Michael J. Farrell,**
**District Director**

*(Date Mailed)*

cc: **William X. Candela**
**Assistant County Attorney**
**MIAMI DADE COUNTY, FLORIDA**
**Stephen P. Clark Center - Suite 2810**
**111 NW 1st Court**
**Miami, FL 33128**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* **this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2020, I filed the foregoing with the Clerk of the Court for the UNITED STATES DISTRICT COURT for the Southern District of Florida in Person. A copy hereof was furnished to Abigail Price-Williams Miami-Dade County Attorney. 111 N.W. 1st Street, Suite 2810, Miami Florida 33128. In Person.

*T. Manyuen*  01/28/2020